Kevin Fallon McCarthy (#011017)
Michael D. Adams (#035190)
Michael.adams@mccarthylawyer.com
McCarthy Law PLC
9200 E. Pima Center Pkwy, Ste. 300
Scottsdale, Arizona 85258
Phone: 602-456-8900
Fax: 602-218-4447
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| KHYBER JAILANI, | Case No.: 2:25-cv-02719-SMB |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT SUNSTRONG MANAGEMENT, LLC** |
| SUNSTRONG MANAGEMENT, LLC; EQUIFAX INFORMATION SERVICES LLC; and EXPERIAN INFORMATION SOLUTIONS, INC.,S | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendant SunStrong Management, LLC hereby jointly stipulate that SunStrong Management, LLC may be dismissed without prejudice, with each of the parties to bear their own fees and costs.

Respectfully submitted March 12, 2026

/s/ Michael D. Adams
Michael D. Adams, Esq.
McCarthy Law, PLC
9200 E. Pima Center Pkwy, Suite 300
Scottsdale, AZ  85258
Telephone: (602) 456-8900
Fax: (602) 218-4447
Attorney for Plaintiff

/s/ Loren A. Suddes
Loren A. Suddes, SBN 028941
THE CAVANAGH LAW FIRM
A Professional Association
1850 NORTH CENTRAL AVENUE
SUITE 1900
PHOENIX, ARIZONA 85004
(602) 322-4000
www.cavanaghlaw.com
lsuddes@cavanaghlaw.com

Attorneys for Defendants SunStrong
Management, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

*/s/ Michael D. Adams*